UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1068
(8:20-cv-02540-PX)
_____

ASSOCIATION FOR EDUCATION FAIRNESS

      Plaintiff - Appellant

v.

MONTGOMERY COUNTY BOARD OF EDUCATION; DR. MONIQUE FELDER, Interim Superintendent

      Defendants - Appellees

CASA, INC.; MONTGOMERY COUNTY BRANCH OF THE NAACP; ASIAN AMERICAN YOUTH LEADERSHIP EMPOWERMENT AND DEVELOPMENT; MONTGOMERY COUNTY PROGRESSIVE ASIAN AMERICAN NETWORK

      Proposed Intervenors

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to substitute and modify the caption, the court grants the motion and substitutes Dr. Monique Felder for Dr. Monifa B. McKnight as a party to this proceeding.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk